**UNITED STATES of America, Appellee, v. Alger HISS, Appellant.**

No. 136, Docket 22478.

United States Court of Appeals
Second Circuit.

Argued Jan. 12, 1953.

Decided Jan. 30, 1953.

Beer, Richards, Lane & Haller, New York City, Chester T. Lane, Robert M. Benjamin and Helen L. Buttenwieser, New York City, of counsel, for appellant.

Myles J. Lane, U. S. Atty., New York City, Robert Martin, Asst. U. S. Atty., New York City, of counsel, for appellee.

Before SWAN, Chief Judge, and AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, D.C., 107 F.Supp. 128.

**UNITED STATES of America v. OKLAHOMA CITY–ADA–ATOKA RAILWAY COMPANY, a Corporation (four cases).**

Nos. 4594–4597.

United States Court of Appeals
Tenth Circuit.

Jan. 7, 1953.

Edwin Langley, U. S. Atty., Muskogee, Okl., for appellant.

James D. Gibson, Muskogee, Okl., for appellee.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Appeals dismissed January 7, 1953, on motion of appellant.